1  Michael E. Scoville, WSBA No. 44913
   Perkins Coie LLP
2  1201 Third Avenue, Suite 4900
   Seattle, Washington 98101-3099
3  Telephone: 206.359.8000
   Facsimile: 206.359.9000
4  Email: MScoville@perkinscoie.com

5  Alletta S. Brenner, WSBA No. 59772
   Perkins Coie LLP
6  1120 N.W. Couch Street, Tenth Floor
   Portland, Oregon 97209-4128
7  Telephone: 503.727.2054
   Facsimile: 503.727.2222
8  Email: ABrenner@perkinscoie.com

9  *Attorneys for Defendant and Counter-Plaintiff Insitu, Inc.*

10
11            UNITED STATES DISTRICT COURT
              EASTERN DISTRICT OF WASHINGTON
12
13  INVICTUS GLOBAL SERVICES, INC.,        No. 1:21-CV-3161-TOR

14              Plaintiff,                  **STIPULATED ORDER
                                            DISMISSING PLAINTIFF'S
15       v.                                 CLAIMS FOR YEAR TWO OF
                                            THE CONTRACT**
16  INSITU, INC.,

17              Defendant.

18

19

20       This matter came before the court on stipulation of the parties as indicated

21  by the signatures of counsel below for an order dismissing Plaintiff's claims with

22  respect to year two of the parties' contract. This stipulation is based on the

23  stipulated findings of fact below.

24
         Based on the stipulation of counsel as indicated by the signatures below,
25  THE COURT FINDS:

26

STIPULATED ORDER DISMISSING
CLAIMS FOR YEAR TWO
(No. 1:21-cv-03161-TOR) –1

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

1. Plaintiff's complaint originally set forth a claim for breach of contract damages for two years of performance under the parties' contract: (i) February 1, 2020 to January 31, 2021 (hereafter "Year One"); and (ii) February 1, 2021 to January 31, 2022 (hereafter "Year Two").

2. In its expert disclosure served on March 3, 2023, Plaintiff claimed damages only for Year One.

3. On March 11, 2023, Plaintiff's counsel confirmed in written correspondence "that Invictus has withdrawn its cla[i]m for damages for year two" of the contract.

Based on the above findings, IT IS HEREBY ORDERED THAT

1. Plaintiff's claims for Year Two of the parties' contract shall be dismissed with prejudice. The parties reserve their rights to seek costs and fees at the conclusion of this matter.

IT IS SO ORDERED.

DATED this 2nd day of May 2023.

*/s/ Thomas O. Rice*
Thomas O. Rice
United States District Judge

So Stipulated:

/s/ *Michael B. FitzSimons*  
Michael B. FitzSimons (with authorization)  
WSBA # 25054  
Attorney for Plaintiff

/s/ *Michael E. Scoville*  
Michael E. Scoville  
WSBA # 44913  
Attorney for Defendant

STIPULATED ORDER DISMISSING
CLAIMS FOR YEAR TWO
(No. 1:21-cv-03161-TOR) –2

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000