AO 450 (Rev. 11/11)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Nov 13, 2023

SEAN F. McAVOY, CLERK

| | |
|---|---|
| INVICTUS GLOBAL SERVICES, INC., <br> *Plaintiff* <br> v. <br><br> INSITU, INC., <br> *Defendant* | ) <br> ) <br> ) <br> ) <br> ) <br><br> Civil Action No.   1:21-CV-3161-TOR |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

❒   the plaintiff *(name)* _____ recover from the
defendant *(name)* _____ the amount of
_____ dollars ($ _____ ), which includes prejudgment
interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

❒   the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____
_____ recover costs from the plaintiff *(name)* _____
_____ .

☑   other:   Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all claims, causes of action, and parties are DISMISSED
with prejudice and without fees or costs to any party.

This action was *(check one)*:

❒   tried by a jury with Judge _____ presiding, and the jury has
rendered a verdict.

❒   tried by Judge _____ without a jury and the above decision
was reached.

☑   decided by Judge   THOMAS O. RICE _____

on the parties' Stipulated Motion for Dismissal of Action.  ECF No. 34.

Date:  November 13, 2023

CLERK OF COURT

SEAN F. McAVOY

*s/ B. Fortenberry*

*(By) Deputy Clerk*

B. Fortenberry